UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA       :
                               :
                               :    **SCHEDULING ORDER**
       -against-               :
                               :    22 Cr. 463 (AKH)
                               :
                               :
ADRIAN QUINONES,               :
                               :
                 Defendant.    :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The conference scheduled for October 27, 2022, is adjourned to November 9, 2022, at 10:45 a.m.

      No later than November 2, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      Finally, time is excluded, in the interest of justice, until November 9, 2022.

      SO ORDERED.

Dated:    October 21, 2022        /s/ Alvin K. Hellerstein
           New York, New York       ALVIN K. HELLERSTEIN
                                                United States District Judge